UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61390-RS

HOWARD COHAN,

    Plaintiff,

vs.

COCONUT CREEK SHELL, LLC
a Florida Limited Liability Company
d/b/a COCONUT CREEK SHELL AND ROYS
WINGS AND THINGS

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, COCONUT CREEK SHELL, LLC, a Florida Limited Liability Company, d/b/a COCONUT CREEK SHELL AND ROYS WINGS AND THINGS, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against COCONUT CREEK SHELL, LLC, a Florida Limited Liability Company, d/b/a COCONUT CREEK SHELL AND ROYS WINGS AND THINGS; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED October 4, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Christopher J. Whitelock** |
| Gregory S. Sconzo, Esq. | Christopher J. Whitelock, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 067539 |
| Samantha L. Simpson | Whitelock & Associates, P.A. |
| Florida Bar No.: 1010423 | 300 Southeast Thirteenth Street |
| Sconzo Law Office, P.A. | Fort Lauderdale, FL 33316 |
| 3825 PGA Boulevard, Suite 207 | Phone No.: (954) 463-2001 |
| Palm Beach Gardens, FL 33410 | Facsimile No.: (954) 463-0410 |
| Telephone: (561) 729-0940 | Counsel for Defendant |
| Facsimile: (561) 491-9459 | |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |

1

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**